IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                             No. CIV S-06-2919 FCD EFB P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Defendants.                      ORDER

_____/

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

      The United States Marshal has returned process directed to defendant Harrision unserved with the notation "no Captain Harrison in database." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

1

1  intervention.

2  Accordingly, it is ORDERED that:

3  1.  The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the
4  February 5, 2007, amended complaint.

5  2.  Within 90 days from the date this order is served, plaintiff may submit the attached
6  Notice of Submission of Documents with a completed form USM-285 providing instructions for
7  service of process upon defendant Harrison and two copies of the amended complaint  provided
8  to plaintiff.

9  3.  Failure to provide new instructions for service of process upon defendant
10  Harrison within the time allowed or show good cause for such failure will result in a
11  recommendation that this action be dismissed as to that defendant.

12  DATED:   April 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                    No. CIV S-06-2919 FCD EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,          NOTICE OF SUBMISSION
                                            OF DOCUMENTS

      Defendants.
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ___        completed USM-285 forms

        ___        copies of the _____
                              Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff