1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DENNIS G. CLAIBORNE,

11              Plaintiff,              No. CIV S-06-2919 FCD EFB P

12        vs.

13    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
14    REHABILITATION, et al.,

15              Defendants.            Order

16    _____/

17        On May 1, 2008, plaintiff filed a request for production of documents and first set of

18    interrogatories.

19        Interrogatories, requests for production, requests for admission, responses and proofs of

20    service thereof "shall not be filed with the clerk until there is a proceeding in which the

21    document or proof of service is at issue.  When required in a proceeding, only that part of the

22    request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-

23    250(c).

24        On May 1, 2008, plaintiff also filed a request that the court appoint counsel.  District

25    courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.

26    *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances,

1   the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1);

2   *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332,

3   1335-36 (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

4            Accordingly, IT IS HEREBY ORDERED that:

5            1.  Plaintiff's May 1, 2008, request for production of documents and first set of

6   interrogatories are stricken and the Clerk of the Court shall make a notation on the docket to that

7   effect; and

8            2.  Plaintiff's May 1, 2008, motion for appointment of counsel is denied.

9   So ordered.

10  DATED:  June 3, 2008.

            EDMUND F. BRENNAN
            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26