IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS CLAIBORNE,

      Plaintiff,                    No. CIV S-06-2919 FCD EFB P

  vs.

CDC/HDSP, et al.,

      Defendants.       <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant Battey requests an extension of time to respond to plaintiff's April 27, 2008, interrogatories and requests for production of documents. *See* Fed. R. Civ. P. 6(b).

    Defendant's June 10, 2008, request is granted and defendant has 15 days from the date this order is served to respond to the above discovery requests.

    So ordered.

Dated: July 10, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE