IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                     No. CIV S-06-2919 FCD EFB P

    vs.

K. BATTEY, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He proceeds *in forma pauperis*. *See* 28 U.S.C. § 1915.

      This action proceeds on the February 5, 2007, amended complaint in which plaintiff claims that defendants Harrison and Battey violated his right to practice his religion by enforcing the grooming policy against him and forcing him to cut his hair. The court previously directed the U.S. Marshal to serve defendant Harrison, but service was returned unexecuted. This defendant subsequently designated the litigation coordinator at High Desert State Prison, J. Bishop, to receive or waive service of process on his behalf.

      Accordingly, it hereby is ordered that:

      1. The Clerk of the Court shall send plaintiff one USM-285 form, an instruction sheet and one copy of the February 5, 2007 pleading.

1

2. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form and two copies of the endorsed February 5, 2007, pleading.

3. Upon receipt of the necessary materials, the court will direct the United States Marshal to effect service of process on defendant Harrison through his designated agent, J. Bishop, Litigation Coordinator at High Desert State Prison pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  August 26, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

     Plaintiff,                     No. CIV S-06-2919 FCD EFB P

     vs.

K. BATTEY, et al.,

     Defendants.               <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__     completed summons form

        __1__     completed form USM-285

        __2__     copies of the __February 5, 2007__
                                        Amended Complaint

Dated:

                                                  _____
                                                         Plaintiff