IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                    No. CIV S-06-2919 FCD EFB P

     vs.

K. BATTEY, et al.,                   <u>ORDER</u>

      Defendants.
_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In its March 3, 2009 order, the court vacated the dispositive motion deadline set forth in the April 8, 2008 discovery and scheduling order, and stated it would set a new deadline after defendant Harrison is served with process. Mar. 3, 2009 Order at 7. On March 26, 2009, an executed waiver of service was filed on behalf of defendant Harrison. Accordingly, it is hereby ORDERED that the April 8, 2008 discovery and scheduling order is modified as follows:

     1. Defendant Harrison and plaintiff may conduct discovery until July 31, 2009. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than 60 days before that date.

////

2. All pretrial motions, except motions to compel discovery, shall be filed on or before October 2, 2009. Motions shall be briefed in accordance with paragraph 7 of the order filed February 1, 2008.

Dated: April 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE