IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

    Plaintiff,                       No. CIV S-06-2919 FCD EFB P

    vs.

K. BATTEY, et al.,

    Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On October 7, 2009, the court ordered defendant Battey to respond to plaintiff's July 20, 2009 and August 10, 2009 motions, wherein plaintiff requested access to his central and medical files.  Plaintiff also requested that the court impose unspecified sanctions against defendant.  Defendant filed a response on October 14, 2009.  Plaintiff did not file a reply.

      It appears that plaintiff has been granted access to both his central and medical files and that therefore, the outstanding requests are moot.  Plaintiff concedes in his August 10, 2009 motion that defendant provided him with a copy of his medical file.  *See* Pl.'s Aug. 10, 2009 Mot. at 2.  Furthermore, defendant submits that on August 6, 2009, plaintiff was able to fully review his central file.  Def.'s Oct. 14, 2009 Resp., Decl. of R. Drieth Lodged in Supp. Thereof at 2.  Plaintiff's requests are therefore moot.  The court also finds it inappropriate to impose any

1

1  sanctions against Battey at this time.

2  Accordingly, it is hereby ORDERED that plaintiff's July 20, 2009 and August 10, 2009

3  motions are denied.

4  Dated:  January 20, 2010.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE