IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                         No. CIV S-06-2919 FCD EFB P

    vs.

K. BATTEY, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 12, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

////

////

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

However, plaintiff requests that this action be stayed pending issuance of a decision in *Sossamon v. Texas*, 130 S. Ct. 3319 (2010).  Defendants did not respond to plaintiff's objections.  The question presented in *Sossamon* is whether an individual may sue a State or state official in his official capacity for damages for violations of the Religious Land Use and Institutionalized Persons Act.  Because the outcome in *Sossamon* could alter the bases for the findings and recommendations, the court will administratively stay this action pending the issuance of a decision in *Sossamon*.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk is directed to administratively close this case;

2. The parties are directed to file status reports within 14 days after a decision in *Sossamon* is rendered.

So ordered.

DATED: October 7, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE